AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| SunTrust Mortgage, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:11cv464 |
| Powder House Mortgage, Company, Inc. | ) | |
| *Defendant* | ) | |



## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Powder House Mortgage Company, Inc.
C/o Jeremy D. Nissenbaum, Reg. Agent and President
775 Broadway
Somerville, MA 02144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Wolfe & Wyman LLP
L. Scott Bruggemann, Esq.
901 E. Byrd Street
Ste. 1105
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
*CLERK OF COURT*

Date: JUL 22 2011

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* C/o Jeremy D. Nissenbaum, Reg. Agent and President

was received by me on *(date)* 8/1/11 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Michael DeKosta , who is designated by law to accept service of process on behalf of *(name of organization)* Powder House Mortgage on *(date)* 8/2/11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/2/11

_____
Server's signature

Merrill Smallwood
Printed name and title

83 Broad Street 153 Boston, MA 02110
Server's address

Additional information regarding attempted service, etc: