IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED
OCT 20 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

SUNTRUST MORTGAGE, INC., :
:
Complainant, :
:
v. : Civil Action No. 3:11cv464 JRS
:
POWDER HOUSE MORTGAGE :
COMPANY, INC. :
:
Defendant. :

## ORDER
### (DISMISSING COUNT THREE OF THE COMPLAINT)

THIS MATTER is before the Court on Powder House Mortgage Company, Inc.'s Motion to Dismiss Count Three of the Plaintiff's Complaint. Plaintiff SunTrust Mortgage, Inc. has agreed to dismiss Count Three of the Complaint without prejudice. The motion to dismiss Count Three of the Complaint is therefore GRANTED without prejudice.

It is so ORDERED.

/s/
James R. Spencer
Chief United States District Judge

Date: 10-19-11
Richmond, VA

RECEIVED
OCT 14 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

*[signature]*
L. Scott Bruggemann
VSB No. 42634
e-mail: sbruggemann@wolfewyman.com
Wolfe & Wyman LLP
901 E. Byrd Street, Ste. 1105
Richmond, VA
(804) 915-7556 (phone)
(804) 417-4755 (fax)
*Attorneys for SunTrust Mortgage, Inc.*

*[signature]*
George R.A. Doumar
VSB#26490
e-mail: gdoumar@doumarmartin.com
Doumar Martin, PLLC
2000 N. 14th Street, Ste. 210
Arlington, VA 22201
(703) 243-3737 (phone)
(703) 524-7610 (fax)
*Attorneys for Powder House Mortgage Company, Inc.*